ACCEPTED
01-15-00783-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 1:52:29 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00783-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | |
| **V.** | § | **FIRST COURT** | |
| | § | | |
| **JUAN JIMENEZ** | § | **OF APPEALS** | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 1:52:29 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Juan Jimenez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 183rd Judicial District Court of Harris County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. Juan Jimenez, and numbered 1408197.

3.     Appellant was convicted of Capital Murder.

4.     Appellant was assessed a sentence of Life without Parole TDCJ-ID on August 19, 2015.

5.     Notice of appeal was given on August 19, 2015.

6.     The clerk's record was filed on October 12, 2015; the reporter's record was filed on October 15, 2015.

7.     The appellate brief is presently due on November 16, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. January 22, 2015.

9.     No extensions to file the brief have been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant is a sole practitioner who must make appearances in county and district court most every work day.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

JUAN M. CONTRERAS, JR.
102 S. LOCKWOOD
HOUSTON, TEXAS 77011
713/287-1209

By:/s/ _Juan M. Contreras, Jr._
 JUAN M. CONTRERAS, JR.
State Bar No. 00787275
Attorney for Juan Jimenez

## CERTIFICATE OF SERVICE

This is to certify that on December 23, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, 1201 FRANKLIN, HOUSTON, TEXAS 77002, by hand delivery.

/s/ _Juan M. Contreras, Jr._
JUAN M. CONTRERAS, JR.